IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   BOSTON SCIENTIFIC CORP.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2326

THIS DOCUMENT RELATES TO THE
CASES LISTED ON EXHIBIT A

## MEMORANDUM OPINION AND ORDER

On May 6, 2020, I entered an order directing plaintiffs in each case on Exhibit A to show cause on or before May 20, 2020, why her case should not be dismissed without prejudice as to the remaining defendant, Ethicon, Inc., pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiffs have not shown cause. The court **ORDERS** that each plaintiffs' case listed on Exhibit A must be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendant within 90 days after the complaint was filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  June 3, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-04575 | Palvic v. Ethicon, Inc. |
| 2:16-cv-04581 | Osborne v. Ethicon, Inc. |